# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0836. MARVIN TURNER v. HUGH V. WINGFIELD, JUDGE.**

Marvin Turner seeks appellate review of the trial court's order dismissing his petition for writ of mandamus.[1] We, however, lack jurisdiction.

Because Turner is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35 (b), the party wishing to appeal must file an application for discretionary review to the appropriate appellate court. Because a prisoner has no right of direct appeal in civil cases, which includes mandamus, we lack jurisdiction to consider Turner's direct appeal. See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/12/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Turner directed his notice of appeal to the Supreme Court, which transferred the matter to this Court.